# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

      v.            Crim. No. 5:15-MJ-1844-1

JEPHTE M. GUILLAUME

  On June 01, 2016, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,         I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith           /s/ Marla Bianco  
Eddie J. Smith            Marla Bianco  
Supervising U.S. Probation Officer     U.S. Probation Officer  
                  310 Dick Street  
                  Fayetteville, NC 28301-5730  
                  Phone: 910.354.2535  
                  Executed On: February 26, 2017

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated: February 28, 2017

_Robert T. Numbers II_ (signature)  
Robert T. Numbers, II  
United States Magistrate Judge